Núm. 1302.—SÁNCHEZ, peticionario *v.* CORTE, dmda.—Original. Junio 17, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

La sentencia de diez años de presidio por un delito de hurto mayor subsiguiente impuesta al acusado es apelable de acuerdo con la ley. Por consiguiente, no es revisable por *certiorari* aunque el acusado haya perdido el derecho a apelar por no haber instado el procedimiento dentro del tiempo que determina la ley. *Leach* v. *Superior Court*, 215 Cal. 531, 535. Por lo expuesto, no ha lugar a la expedición del auto.

Núm. 9414.—PUEBLO, apldo. *v.* GONZÁLEZ, aplte.—C. D. San Juan. Junio 18, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Snyder.)

POR CUANTO, Félix González apela de la sentencia que le impuso la Corte de Distrito de San Juan por violación a la orden final dictada por la Comisión de Servicio Público de 4 de enero, 1938, por actuar como porteador público en la ruta servida por la White Star Bus Line entre San Juan y Santurce;

POR CUANTO, como fundamentos de su recurso el apelante alega (1) que dicha orden final es nula, ilegal, arbitraria y anticonstitucional, y (2) que la prueba no es suficiente para sostener una convicción en contra del acusado;

POR CUANTO, la validez y constitucionalidad de esta misma orden final fué sostenida tanto por esta Corte Suprema en el caso de *El Pueblo* v. *Ortiz*, 56 D.P.R. 27, como por la Corte de Circuito de Apelaciones para el Primer Circuito en el de *Ortiz* v. *Public Service Commission of Puerto Rico*, 108 F. (2) 815; y la argumentación que hizo el apelante tampoco podría prevalecer en su favor porque no la planteó ante la corte inferior y sí por primera vez en apelación;

POR CUANTO, hemos examinado la transcripción de evidencia y somos de opinión que la prueba de cargo presentada es suficiente para justificar la sentencia en este caso;

POR TANTO, se desestima el recurso y se confirma la sentencia apelada.